UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


FILED
U.S. DIST COURT

WILLIE DILLON (#305881)

VERSUS

CINDY VANNOY, ET AL.

CIVIL ACTION

NO. 09-346-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 15, 2009 (doc. no. 4). Petitioner filed an objection to the report and essentially makes the same arguments which have been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's action is DISMISSED, with prejudice, as legally frivolous pursuant to 28 U.S.C. § 1915.

Baton Rouge, Louisiana, this 4-K day of August, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA